1  CARROLL & ASSOCIATES, P.C.
Sheila Lamb Carroll (SBN 142764)
2  Samantha I. Pranatadjaja (SBN 305383)
3600 American River Drive, Suite 205
3  Sacramento, CA  95864
Telephone:  916.488.5388
4  Facsimile:   916.488.5387
scarroll@thecarrollfirm.com
5  samantha@thecarrollfirm.com

6  Attorneys for Defendant
TC2, Inc.
7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | Brian Whitaker | Case No. 2:22-cv-00111-TLN-DB |
| 12 | Plaintiff, | **JOINT STIPULATION RE: DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT AND ORDER** |
| 13 | v. | |
| 14 | TC2, Inc., a California Corporation | |
| 15 | Defendant. | |
| 16 | | |

17        Plaintiff BRIAN WHITAKER ("WHITAKER") and Defendant TC2, INC. ("TC2")

18  hereby stipulate and agree as follows:

19        WHEREAS, on January 19, 2022, WHITAKER filed his Complaint against TC2;

20        WHEREAS, TC2 was served with the Complaint on February 5, 2022;

21        WHEREAS, TC2's responsive pleading to the Complaint was due on February 28,

22  2022;

23        WHEREAS, on March 3, 2022, WHITAKER granted TC2 a three-week extension to

24  file its responsive pleading to March 22, 2022;

25        WHEREAS, TC2 requested an additional thirty (30) day extension to file its responsive

26  pleading to continue discussions with WHITAKER regarding the proper defendant;

27        WHEREAS, WHITAKER and TC2 agree it is in their best interest to extend TC2's

28  responsive pleading deadline to April 21, 2022;

Carroll &
Associates, PC

1

JOINT STIPULATION RE: DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT AND ORDER

1    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

2    TC2's responsive pleading deadline is extended to April 21, 2022.

3    DATED: March 21, 2022                 Center for Disability Access
                                          Attorneys for Plaintiff
4

5

6                                         By:    /s/ Christopher Seabock
                                               Amanda Seabock, Esq. (SBN 289900)
7                                              Prathima Price, Esq. (SBN 321378)
                                               Dennis Price, Esq. (SBN 279082)
8                                              Christopher Seabock (SBN 279640)
                                               8033 Linda Vista Road, Suite 200
9                                              San Diego, CA 92111
                                               Ph: (858) 375 - 7385
10                                             Fax: (888) 422 - 5191
                                               Email: amandas@potterhandy.com
11

12

13   DATED: March 21, 2022                 Carroll & Associates, PC
                                          Attorneys for Defendant
14

15

16                                        By:    /s/ Samantha I. Pranatadjaja
                                               Sheila Lamb Carroll (SBN 142764)
17                                             Samantha I. Pranatadjaja (SBN 305383)
                                               3600 American River Drive, Suite 205
18                                             Sacramento, CA 95834
                                               Ph: (916) 488-5388
19                                             Fax: (916) 488-5387
                                               Email: scarroll@thecarrollfirm.com
20                                                    samantha@thecarrollfirm.com

21

22

23

24

25

26

27

28

**Carroll &
Associates, PC**

2

JOINT STIPULATION RE: DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT AND ORDER

1

## ORDER

2

IT IS SO ORDERED.

3

4

Dated:  March 21, 2022

5

_____
Troy L. Nunley
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Carroll &
Associates, PC**

3

JOINT STIPULATION RE: DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT AND ORDER